IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter |
| QAZI, MOHAMMAD H., | ) ) ) | Case Nos.: 8:08-bk-01923-ICED |
| Debtor | ) ) ) | |
| DOUGLAS N. MENCHISE, CHAPTER 7 TRUSTEE FOR THE ESTATE OF BETA DIAGNOSTIC IMAGING, INC., | ) ) ) ) ) | Adv. Pro. No.: 8:08-ap-00479-CEDv |
| Plaintiff, v. | ) ) ) | |
| MOHAMMAD H. QAZI, | ) ) | |
| Defendant. | ) ) | |

**FINAL JUDGMENT**

**THIS CASE**, came on for duly scheduled Final Evidentiary Hearing on September 10, 2009, initiated by Adversary Complaint To Deny Discharge, filed by Douglas N. Menchise, Trustee pursuant to 11 U.S.C. §707(c(d), (e)) **(Adv. Pro. Dkt. #1)** against the Chapter 7 Debtor, Mohammad H. Qazi ("Defendant"). The Court having jurisdiction of the cause and the subject matter hereof, having reviewed the pleadings, and heard testimony of witnesses;

**FINDS** that Douglas N. Menchise, Trustee ("Plaintiff") has failed to meet his burden by a preponderance of the evidence, and for the reasons stated orally and recorded in open Court which shall constitute the decision of the Court, it is

**ORDERED, ADJUDGED and DECREED** that the Defendant is entitled to Final Judgment on all Counts.

If is further,

**ORDERED, ADJUDGED and DECREED** that the Clerk is hereby directed to enter

Defendant's Discharge immediately upon entry of this Final Judgment.

**DONE AND ORDERED** in Chambers at Tampa, Florida on this _9 day of _ October , 2009.

Caryl E. Delano
United States Bankruptcy Judge

Copies furnished to:

Buddy D. Ford, *Attorney for Debtor,* Buddy@tampaesq.com, Nancy@tampaesq.com; Peggy@tampaesq.com; Barbara@tampaesq.com;Jane@tampaesq.com; Jonathan@tampaesq.com;Clay@tampaesq.com
United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV
Douglas Menchise, Trustee, dmenchise@verizon.net;
V John Brook    johnbrooktrustee@tampabay.rr.com, vjbrookjr@ecf.epiqsystems.com
Mohammad H. Qazi,  Box 22181, Orlando, FL 32830